THE STATE OF MONTANA EX REL. MARTY DOE A/K/A PATRICIA GARRISON, RELATOR, v. THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF LEWIS AND CLARK, AND THE HONORABLE ALFRED B. COATE, JUDGE, RESPONDENT.

No. 11839.
Decided Feb. 20, 1970.
464 P.2d 940.

PER CURIAM.

Original proceeding.

Relator seeks an appropriate writ to require the district court to sustain a motion to dismiss the information filed in criminal cause 3522, State of Montana, Plaintiff vs. Marty Doe, a/k/a Patricia Garrison, Defendant, pending in the district court of Lewis and Clark County, upon the ground that the district court was without jurisdiction to authorize the filing thereof.

The relief sought is denied and the proceeding is dismissed.